FILED: June 30, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 09-9519

IN THE MATTER OF

    Christopher A. Davis,          Miscellaneous No. 2:09-mc-0084

                Respondent.

O R D E R

On April 8, 2009, Christopher A. Davis' license to practice law in the State of West Virginia was annulled by order of the Supreme Court of Appeals.

This Court ordered respondent to show cause why respondent should not be disbarred from practice before the United States Court of Appeals for the Fourth Circuit. Respondent filed a response to the notice to show cause on June 29, 2009.

The Court disbars Christopher A. Davis from practice before this Court. The disbarment shall continue until such time as respondent may be readmitted to the practice of law in the State of West Virginia and successfully petitions this Court for readmission to the bar of the United States Court of Appeals for the Fourth Circuit.

For the Court - By Direction

/s/ Patricia S. Connor

CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY: Juanita Mason
Deputy Clerk